AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA

United States Courts
Southern District of Texas
**FILED**
*February 22, 2021*

# UNITED STATES DISTRICT COURT

Nathan Ochsner, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Creisy Oberdan RODRIGUEZ
A200 585 381 Honduras
AKA Grey RODRIGUEZ

**CRIMINAL COMPLAINT**

Case Number: 1:21-MJ- 257

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 20, 2021 in Cameron County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on February 20, 2021. The defendant is a citizen and national of Honduras who was previously deported, excluded or removed from the United States on March 26, 2018. The defendant was convicted of Illegal reentry after removal on September 27, 2017. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Rodriguez, Rocio    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

February 22, 2021      at    Brownsville, Texas
Date                         City/State

Ignacio Torteya III         U.S. Magistrate Judge
Name of Judge               Title of Judge

Signature of Judge